435 A.2d 923

Commonwealth v. Kehoe, Appellant.
Petition for Allowance of Appeal Denied Dec. 14, 1981.

Submitted December 5, 1980. Albert J. Flora, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.